IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JEREMY RHEA GREEN

v.                                        Civil No. 1:24-cv-18-HSO

UNITED STATES OF AMERICA

AND

UNITED STATES OF AMERICA

v.                                        Criminal No. 1:22-cr-9-HSO-RPM-1

JEREMY RHEA GREEN

## FINAL JUDGMENT OF DISMISSAL

In accordance with the reasons given in the Court's Order denying Defendant's Motion [55] to Vacate, the Court hereby enters judgment, pursuant to Federal Rule of Civil Procedure 58. Accordingly,

**IT IS, HEREBY ORDERED AND ADJUDGED** that, this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 22nd day of October, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE